# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herrera, Judith C. | U.S. District Court, NM | 08/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
333 Lomas Blvd., NW #710
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Zions Bank | Rental Property #1 | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | | | | | | | | | |
| 2. Bank of America Profit Sharing Plan | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. Rental Property #1 Santa Fe, NM Purchased 3/30/94 | G | Rent | P1 | Q | | | | | |
| 5. Family Partnership #1 (now an LLC) Santa Fe, NM | | None | P1 | W | | | | | |
| 6. | | | | | | | | | |
| 7. Ameriprise Threadneedle Profit Sharing Plan | A | Dividend | K | T | | | | | |
| 8. Ameriprise Financial RVS Large Cap Equity Fund | D | Dividend | L | T | | | | | |
| 9. Fidelity Select Telco | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. NW Mutual Life Ins ▮▮▮ | B | Dividend | K | T | | | | | |
| 12. NW Mutual Life Ins ▮▮▮ | C | Dividend | L | T | | | | | |
| 13. NW Mutual Life Ins ▮▮▮ | C | Dividend | L | T | | | | | |
| 14. NW Mutual Life Ins ▮▮▮ | C | Dividend | L | T | | | | | |
| 15. | | | | | | | | | |
| 16. NW Mutual Variable Extra Ordinary Life ▮▮▮ | B | Dividend | K | T | | | | | |
| 17. NW Mutual Variable Extra Ordinary Life ▮▮▮ | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NW Mutual Variable Extra Ordinary Life | B | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. Stocks sold during 2015 | | | | | | | | | |
| 21. Alcoa | | None | | | Sold | 01/26/15 | J | | |
| 22. American Airlines Group | A | Dividend | | | Buy | 01/26/15 | J | | |
| 23. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 24. | | | | | Sold | 06/10/15 | J | | |
| 25. Apple | A | Dividend | | | Buy (add'l) | 04/27/15 | J | | |
| 26. | | | | | Sold | 11/23/15 | J | | |
| 27. Direxion Semiconductor Bull 3X | | None | | | Buy | 04/02/15 | J | | |
| 28. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 29. | | | | | Sold | 11/16/15 | J | | |
| 30. EG Shares India Consumer ETF | | None | | | Buy (add'l) | 02/11/15 | J | | |
| 31. | | | | | Sold | 04/20/15 | J | | |
| 32. First Trust NYSE ARCA Biotech ID | A | Dividend | | | Buy | 04/02/15 | J | | |
| 33. | | | | | Sold | 12/03/15 | J | A | |
| 34. General Dynamics | A | Dividend | | | Sold | 01/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hewlett-Packard CO | A | Dividend | | | Sold | 01/28/15 | J | | |
| 36. Infinity Pharmaceutical | | None | | | Buy | 01/20/15 | J | | |
| 37. | | | | | Buy (add'l) | 01/26/15 | J | | |
| 38. | | | | | Sold | 02/03/15 | J | | |
| 39. Lifepoint Health (Hospitals) Inc | | None | | | Sold | 01/23/15 | J | | |
| 40. Molina Healthcare | | None | | | Sold | 01/26/15 | J | | |
| 41. Omnivision Technology (ies) | | None | | | Sold (part) | 03/24/15 | J | | |
| 42. | | | | | Sold | 03/26/15 | J | | |
| 43. Powershares Dynamic Pharmaceutical | | None | | | Sold | 01/02/15 | J | | |
| 44. Profunds Biotechnology | | None | | | Sold | 04/01/15 | K | | |
| 45. Qorvo Inc | | None | | | Buy | 06/10/15 | J | | |
| 46. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 47. | | | | | Sold | 11/23/15 | J | | |
| 48. Sanmina Corporation | | None | | | Sold | 01/26/15 | J | | |
| 49. Tessera Technologies | A | Dividend | | | Buy | 02/12/15 | J | | |
| 50. | | | | | Sold | 07/10/15 | J | A | |
| 51. Vanguared REIT ETF IV | | None | | | Sold | 02/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Stocks owned 12/31/2015 | | | | | | | | | |
| 54. Aetna Inc | A | Dividend | J | T | Buy (add'l) | 04/02/15 | J | | |
| 55. Avago Technologies (now Broadcom LTD F) | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 56. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 57. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 58. Cigna Corp | | None | J | T | Buy | 04/24/15 | J | | |
| 59. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 60. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 61. Healthnet Inc (now Centene Corp) | | None | J | T | | | | | |
| 62. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 63. Nephrogenex Inc | | None | K | T | Buy (add'l) | 01/02/15 | J | | |
| 64. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 65. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 66. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 67. | | | | | Buy (add'l) | 01/26/15 | J | | |
| 68. | | | | | Buy (add'l) | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/29/15 | J | | |
| 70. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 71. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 72. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 73. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 74. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 75. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 76. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 77. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 78. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 79. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 80. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 81. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 82. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 83. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 84. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 85. Skyworks Solutions | A | Dividend | K | T | Buy (add'l) | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 87. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 88. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 89. Tesoro Corporation | A | Dividend | J | T | | | | | |
| 90. Tetraphase Pharma | | None | J | T | Buy | 03/11/15 | J | | |
| 91. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 92. SPDR S&P Biotech ETF IV | A | Dividend | K | T | Buy (add'l) | 01/28/15 | J | | |
| 93. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 94. Rydex Biotechnology Fund | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4.   The appraisal was conducted in December, 2015

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 08/24/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith C. Herrera**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544